UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUZANNE BUCKLES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | CASE NO.: 1:17-CV-0389-TOR<br><br>REMAND ORDER |

BEFORE THE COURT is Defendant's Motion for Remand Pursuant to 42 U.S.C. § 405(g), Sentence Six. ECF No. 8. The Court has reviewed the record and files herein, and is fully informed.

Defendant Commissioner of Social Security ("Commissioner") seeks to have this case remanded because the Commissioner is unable to locate the claims file(s) of the Administrative Law Judge's decision dated June 16, 2015, and the recording of the hearing held on May 4, 2015. *Id.* at 1. Commissioner represents that upon receipt of this Court's Order of Remand, the Appeals Council will review the

REMAND ORDER ~ 1

materials submitted by the Plaintiff's representative and, if all materials are complete, the certified administrative record will be prepared. *Id.* at 2-3. If not, however, the Appeals Council will remand the case to an Administrative Law Judge for reconstruction of the record, a *de novo* hearing, and a new decision. *Id.* Plaintiff has not opposed the Commissioner's request.

Sentence six of § 405(g) authorizes the Court, on motion of the Commissioner made for good cause shown, before the Commissioner files an answer, to remand the case for further action. 42 U.S.C. § 405(g). In a sentence six remand, the court "does not affirm, modify, or reverse the Secretary's decision; it does not rule in any way as to the correctness of the administrative determination." *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).

The Court finds that good cause exists for remand because the Commissioner is unable to locate the claim file(s) and recording of the hearing.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's Motion for Remand Pursuant to 42 U.S.C. § 405(g), Sentence Six (ECF No. 8) is **GRANTED**. This case is remanded pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings as described herein. If necessary, the Appeals Council will remand the case to an Administrative Law Judge for a *de novo* hearing. The Court retains jurisdiction.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, and administratively **CLOSE** this file subject to reopening when the Commissioner shall file with the Court any such additional or modified findings of fact and decision.

**DATED** August 8, 2017.



THOMAS O. RICE
Chief United States District Judge

REMAND ORDER ~ 3